UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    Plaintiffs,

    v.

ROBERT LOHN, *et al.*,

    Defendants.

Case No.  C02-2505L

ORDER VACATING JUDGMENT

This matter comes before the Court on the December 27, 2007 order and opinion from the Ninth Circuit Court of Appeals, reported at 511 F.3d 960, and the Ninth Circuit's Judgment (Dkt. #84).  Based on the Ninth Circuit's instructions set forth in its opinion and judgment, this Court's April 26, 2005 judgment in favor of defendants (Dkt. #60) is hereby VACATED and the case is dismissed.

DATED this 28th day of February, 2008.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER VACATING JUDGMENT - 1